C Monthly Pro forma for 2011

| Sales: | |
|---|---|
| Retail | $ 6,270.39 |
| Wholesale | $ 25,081.54 |
| Total sales | $ 31,351.93 |
| | |
| COGS | $ 20,223.20 |
| Shop supplies | $ 571.35 |
| Wells fargo | $ 381.00 |
| Piece work | $ 3,097.23 |
| GET Tax | $ 407.58 |
| Old GET | $ 115.00 |
| Car expense | $ 536.11 |
| Rent | $ 2,895.46 |
| misc others | $ 250.00 |
| Phone | $ 259.80 |
| Fees | $ 145.33 |
| Utilities | $ 753.40 |
| insurance | $ 115.48 |
| total expense | $ 29,750.93 |
| net profit | $ 1,601.00 |